UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE OTERO,

                Plaintiff,

-*against*-

NEW YORK CITY OF HOUSING PRESERVATION AND DEVELOPMENT, ADOLFO CARRION, JR., ANN MARIE SANTIAGO, THE CITY OF NEW YORK, ERIC ADAMS, WASHINGTON SOUTHEAST APARTMENTS INC., *and* METRO MANAGEMENT AND DEVELOPMENT INC.,

                Defendants.

**ORDER OF SERVICE**

24-cv-08600 (ER)

RAMOS, D.J.:

      The Court directs the Clerk of Court to issue summons for Defendants New York City of Housing Preservation and Development, Adolfo Carrion, Jr., Ann Marie Santiago, City of New York, Eric Adams, Washington Southeast Apartments Inc., and Metro Management and Development Inc. ("Defendants"). Plaintiff is directed to serve the summons and complaint on Defendants within 120 days of the issuance of the summons. If within those 120 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

It is SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                      EDGARDO RAMOS, U.S.D.J.