UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE OTERO,

                Plaintiff,

-*against*-

NEW YORK CITY OF HOUSING PRESERVATION AND DEVELOPMENT, ADOLFO CARRION, JR., ANN MARIE SANTIAGO, THE CITY OF NEW YORK, ERIC ADAMS, WASHINGTON SOUTHEAST APARTMENTS INC., *and* METRO MANAGEMENT AND DEVELOPMENT INC.,

                Defendants.

**ORDER**

24-cv-08600 (ER)

RAMOS, D.J.

    Jorge Otero, who is *pro se*, requested on July 24, 2025 an adjournment of the pre-motion conference currently scheduled for July 31, 2025.  Docs. 28, 29.  Mr. Otero also requested an extension of time to respond to the two pre-motion conference letters filed by the City and Building Defendants.  *See* Docs. 22, 23.

    The Court grants Mr. Otero's requests.  Mr. Otero is directed to respond to City and Building Defendants' pre-motion conference letters by August 22, 2025.  The telephonic conference is rescheduled for September 5, 2025 at 10:30 a.m.  The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number.  The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

    SO ORDERED.

2

Dated: July 28, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.