UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE OTERO,

                Plaintiff,

-*against*-

NEW YORK CITY OF HOUSING PRESERVATION AND DEVELOPMENT, ADOLFO CARRION, JR., ANN MARIE SANTIAGO, THE CITY OF NEW YORK, ERIC ADAMS, WASHINGTON SOUTHEAST APARTMENTS INC., *and* METRO MANAGEMENT AND DEVELOPMENT INC.,

                Defendants.

**ORDER**

24-cv-08600 (ER)

RAMOS, D.J.

      Jorge Otero, who is *pro se*, requested a 60-day extension to file an opposition to the City and Building Defendants' motions to dismiss on October 16, 2025. Doc. 39. On October 20, 2025, the City Defendants filed a letter, noting that they did not oppose Mr. Otero's request and requested a two week extension to file a reply to Mr. Otero's opposition. Doc. 40.

      The Court grants the requests. The Court sets the following updated briefing schedule: (1) Mr. Otero's opposition due December 24, 2025; and (2) the City and Building Defendants' replies due January 7, 2026.

      SO ORDERED.

Dated:   October 21, 2025
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.