Jorge Otero
Plaintiff *pro se*
505 LaGuardia Place, Unit 9B
New York, NY 10012
jorgeotero@outlook.com

The request is granted. Plaintiff's deadline to file the second amended complaint is extended to December 21, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 21, 2026
New York, New York

**MEMO ENDORSED**

October 19,2026

Hon. Edgardo Ramos, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

**Re: *Otero v. New York City Department of Housing Preservation and Development et al.***
**Case No. 1:24-cv-08600 (ER)**

**PLAINTIFF'S LETTER MOTION FOR AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Dear Judge Ramos,

Plaintiff *pro se*, Jorge Otero, respectfully submits this letter motion requesting an extension of time to file his Second Amended Complaint. Plaintiff's current deadline is October 30, 2026. Due to severe, compounding medical hardships requiring concurrent specialist treatments, Plaintiff respectfully requests that the Court extend this deadline to December 21, 2026 or for the period the court deems applicable.

Good cause exists due to a demanding, urgent medical treatment schedule over the next several weeks. Most critically, from **October 26 through December 7, 2026**, Plaintiff must undergo extensive retinal therapy at NYC Retina, which requires **three clinical sessions per week** (Mondays, Wednesdays, and Fridays). Concurrently, Plaintiff is undergoing diagnostic testing and physical therapy for a suspected right leg fracture, chronic Achilles tendinosis, and recurrent right shoulder weakness, alongside his ongoing care at the WTC Environmental Health Center.

Plaintiff is fully mindful that the Court has previously granted extensions for other filings. He respects the Court's calendar and makes this request in absolute good faith out of sheer medical necessity, as managing this intensive clinical regimen makes compliance with the current October 30 deadline significantly physical challenging.

Accordingly, Plaintiff respectfully requests that the Court grant this extension to allow him to complete his treatments and properly prepare his pleadings. Thank you for your continued consideration.

Respectfully submitted,

Jorge Otero

Cc: Counsel for City Defendants (via NYSCEF) Counsel for Building Defendants (via NYSCEF)